**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Sharen Bailey, Appellant.

Appellate Case No. 2012-212618

Appeal From Sumter County
Howard P. King, Circuit Court Judge
George C. James, Jr., Circuit Court Judge

Unpublished Opinion No. 2013-UP-343
Submitted July 1, 2013 – Filed September 4, 2013

**AFFIRMED**

Appellate Defender Robert M. Pachak, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General John Benjamin Aplin, both of Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Ezell*, 321 S.C. 421, 425, 468 S.E.2d 679, 681 (Ct. App. 1996)

("A [jury] charge is sufficient if, when considered as a whole, it covers the law applicable to the case."); *id.* ("The judge properly instructs the jury if he adequately states the applicable law."); *State v. Jackson*, 301 S.C. 49, 50, 389 S.E.2d 654, 655 (1990) ("When a defendant is tried *in absentia*, the trial court should instruct the jury that the defendant's failure to appear may not be construed as an admission of guilt.").

**AFFIRMED.**[1]

**SHORT, THOMAS, and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.